# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-3645
_____

THOMAS JOYNER,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.


May 18, 2018


PER CURIAM.

The petition for belated appeal is denied on the merits.

WETHERELL, RAY, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Thomas Joyner, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.